WILHELMINA KURT, as Administratrix of the Estate of WILLIAM KURT, Deceased, Respondent, *v.* THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant.

*Kurt* v. *Lake Shore & M. S. Ry. Co.,* 127 App. Div. 838, affirmed.
(Argued Febuary 16, 1909; decided March 2, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 14, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Alfred L. Becker* and *Thomas D. Powell* for appellant.

*Leroy Andrus* and *Herman Hennig* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.